IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRANDEN BANKS,

      Appellant,

v.

      Case No.  5D22-473
      LT Case No. 2016-CF-1527

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed February 28, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Steven G. Rogers, Judge.

Rachael E. Reese, of O'Brien Hatfield
Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


EVANDER, WALLIS and HARRIS, JJ., concur.